HENRY E. GROPP, Respondent, *v.* THE GREAT ATLANTIC
AND PACIFIC TEA COMPANY, Appellant.

*Gropp* v. *Great Atlantic & Pacific Tea Co.*, 141 App. Div. 372, reversed.

(Argued May 14, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 12, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*William Hazen Peck* and *John W. Crandall* for appellant.

*Don R. Almy* for respondent.

Judgment reversed and new trial granted, costs to abide event, on the ground that the amendment of the complaint allowed by the trial court introduced a new and different cause of action, as to which this court concurs in the dissenting opinion of INGRAHAM, P. J., below; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.